**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____    Chapter    **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Corry Davis Marketing, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 7  5  –  2  5  1  8  4  9  8 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **542 East Highway 64** | |
| Number    Street | Number    Street |
| | P.O. Box |
| **Canton**         **TX**    **75103** | |
| City         State    ZIP Code | City         State    ZIP Code |
| **Van Zandt** | Location of principal assets, if different from principal place of business |
| County | |
| | Number    Street |
| | City         State    ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Corry Davis Marketing, Inc.**                                        Case number (if known) _____

**7.  Describe debtor's business**

    *A.  Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☑ None of the above

    *B.  Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    *C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

    **5    3    1    1**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.  *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Corry Davis Marketing, Inc.**_____    Case number (if known) _____

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ☐ No | | | | |
|---|---|---|---|---|---|---|

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes. District **Eastern District of Texas**_____    When **07/23/2021**    Case number **21-60280**_____
                                                                              MM / DD / YYYY

District _____    When _____    Case number _____
                                                             MM / DD / YYYY

District _____    When _____    Case number _____
                                                             MM / DD / YYYY

10.  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____    Relationship _____

District _____    When _____
                                             MM / DD / YYYY

Case number, if known _____

Debtor _____    Relationship _____

District _____    When _____
                                             MM / DD / YYYY

Case number, if known _____

11.  **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **Corry Davis Marketing, Inc.**_____    Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
Number        Street

_____

_____    _____    _____
City                                      State         ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

Contact name  _____

Phone  _____

---

## ■ Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  **Corry Davis Marketing, Inc.**                                    Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **09/04/2023**
MM / DD / YYYY

X  **/s/ Dale Murphy**
Signature of authorized representative of debtor

**Dale Murphy**
Printed name

**President**
Title

**18.  Signature of attorney**

X  **/s/ Michael E Gazette**                    Date  **09/04/2023**
Signature of attorney for debtor                     MM / DD / YYYY

**Michael E Gazette**
Printed name

**Law Offices of Michael E Gazette**
Firm name

**100 E Ferguson Street Suite 1000**
Number      Street

**Tyler**                                    **TX**        **75702**
City                                         State       ZIP Code

**(903) 596-9911**                           **megazette@suddenlinkmail.com**
Contact phone                                Email address

**077845000**                                **TX**
Bar number                                   State

Debtor(s):    Corry Davis Marketing, Inc.

Chapter: 11

EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Allen F. Gardner<br>Allen Gardner Law PLLC<br>609 S Fannin<br>Tyler TX 75701 | Chris Cruse<br>542 E Dallas St<br>Canton TX 75103 | Kapitus, LLC<br>2500 Wilson Blvd Ste 350<br>Arlington VA 22201 |
| Alyssa Wilson<br>542 E Dallas St<br>Canton TX 75103 | Dale Murphy<br>110 PR 8119<br>Canton TX 75103 | Karen Bodine<br>542 E Dallas St<br>Canton TX 75103 |
| Amber Bunch<br>542 E Dallas St<br>Canton TX 75103 | Dale Murphy and Leslie Rives<br>110 PR 8119<br>Canton TX 75103 | Karen Frontierhouse<br>542 E Dallas St<br>Canton TX  75103 |
| Anne Marie Connely<br>542 E Dallas St<br>Canton TX 75103 | David Artzt<br>5707 Stage Line Drive<br>Arlington TX 76017 | LBC1 Trust/Willow River LLC<br>P O Box 860632<br>Stillwater MN 55082 |
| Anthony Narlock<br>542 E Dallas St<br>Canton TX 75103 | Debbie Davis<br>1313 E Tyler St<br>Athens TX 75751 | LBC1 Trust/Willow River LLC<br>P O Box 860632<br>Stillwater MN 55486-0632 |
| Beverly Miller<br>542 E Dallas St<br>Canton TX 75103 | Denise Smith<br>404 Country Ridge<br>Rockwall TX 75087 | Linda Lefevre<br>2172 Beaver Creek Road<br>Wylie TX 75098 |
| Bill Brown<br>542 E Dallas St<br>Canton TX 75103 | H. Clinton Milner<br>H. Clinton Milner, PLLC<br>P O Box 801031<br>Dallas TX 75380-1031 | Madie Vilbig-King<br>1717 Marsh Lane<br>Carrollton TX 75006 |
| Brian Taylor<br>2609 Sherrill Park<br>Richardson TX 75082 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Massey Legal Services<br>2931 Elkton Trail<br>Tyler TX 75703 |
| Buffalo Girls Hotel<br>354 VZCR 4106<br>Canton TX 75103 | Jasmin Brown<br>542 E Dallas St<br>Canton TX 75103 | Mike Ross<br>542 E Dallas St<br>Canton TX 75103 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 North Santa Fe Avenue<br>Oklahoma City OK 73118 | Jere Ward Bookkeeping<br>3017 Hillcrest Dr<br>Irving TX 75062-6930 | Pam Rives<br>110 PR 8119<br>Canton TX 75103 |

Case 23-60431   Doc 1   Filed 09/04/23   Entered 09/04/23 16:48:36   Desc Main
Document   Page 7 of 7
Debtor(s):   Corry Davis Marketing, Inc.
Chapter:  11
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Patricia Stravanova
542 E Dallas St
Canton TX 75103

Ward Asel and Associates PC
5485 Belt Line Road #290
Dallas TX 75254

Rhonda McKeehan
542 E Dallas St
Canton TX 75103

RJ Graves
542 E Dallas St
Canton TX 75103

Susan Matassa
542 E Dallas St
Canton TX 75103

Tom Benton Jackson III
1461 County Road 121
Kaufman TX 75412

Troy Stuart
542 E Dallas St
Canton TX 75103

United States Attorney's Office
Eastern District of Texas
110 N College Ste 700
Tyler TX 75702-0204

United States Trustee's Office
110 N College Ave Ste 300
Tyler TX 75702-7231

Van Zandt County Appraisal Dist
P O Box 926
Canton TX 75103

Vivianna Severence
542 E Dallas St
Canton TX 75103